**Alex D. TAYLOR, Plaintiff–Appellant,**

v.

**Jon OZMINT, Director SCDC, Defendant–Appellee.**

No. 10–7348.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2011.

Decided: April 20, 2011.

Alex D. Taylor, Appellant Pro Se. Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellee.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex D. Taylor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Ozmint,* No. 1:09– cv–00915–TLW (D.S.C. Sept. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*